Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Judy L. Burnett

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JUDY L. BURNETT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-00494-SMS<br><br>STIPULATION FOR DISMISSAL ;<br><br>ORDER |

　　TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　IT IS HEREBY STIPULATED by and between Judy L. Burnett ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: September 21, 2011          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Judy L. Burnett

DATE: September 21, 2011

BENJAMIN B. WAGNER.
United States Attorney

/s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

Dated:   **September 22, 2011**          **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE