Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Judy L. Burnett

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JUDY L. BURNETT,<br><br>           Plaintiff,<br><br>    vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:11-cv-00494-SMS<br><br>STIPULATION FOR DISMISSAL ;<br><br>ORDER |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Judy L. Burnett ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

1
2  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
3  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
4  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
5  order of the Court.

DATE: September 21, 2011            Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Judy L. Burnett

DATE: September 21, 2011

BENJAMIN B. WAGNER.
United States Attorney

/s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

Dated:  **September 22, 2011**          **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE